UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **EARNEST T ARY #540503** | **CIVIL ACTION NO. 24-cv-633 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NOLEN BASS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed by Plaintiff Earnest T. Ary ("Ary"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Ary's claims are **DISMISSED WITH PREJUDICE** for failure to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this the 17th day of September 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**